**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SCOTT HOWARD SCHULTZ,

                             Civil No. 25-2412 (JRT/SGE)

            Plaintiff,

v.

                              **ORDER ADOPTING REPORT**
ROBERT GORDON, and                 **AND RECOMMENDATION**

WEATHER-RITE LLC,

            Defendants.

---

Scott Howard Schultz, 11041 Foley Boulevard, Coon Rapids, MN 55448, Pro Se Plaintiff.

Emilie Erickson, **FAEGRE DRINKER BIDDLE & REATH LLP**, 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402, for Defendant.

Based upon the Reports and Recommendations by United States Magistrate Judge Shannon G. Elkins dated October 21, 2025, and November 5, 2025 (Docket Nos. [15][16]), along with all the files and records, and because no objections to the Report and Recommendation have been filed, **IT IS HEREBY ORDERED** that:

        1. That this action be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February, 11, 2026               \_\_\_\_\_/s/ John R. Tunheim\_\_\_\_
at Minneapolis, Minnesota.                JOHN R. TUNHEIM
                                    United States District Judge